# EXHIBIT 1

# EXHIBIT 1

# denverpost.com
### THE DENVER POST

opinion

# Rosen: A letter to the Tea Partiers

**By Mike Rosen**

Posted: 09/23/2010 01:00:00 AM MDT

Dear Tea Partiers,

While I'm not a card-carrying member of your movement, I enthusiastically support and applaud it. My activism in the war of ideas takes the form of a radio show and a newspaper column. Yours, at the grassroots level, has been invaluable this election year.

After their victory in November 2008, Obamanistas and Democrats imagined they might rule for a thousand years. Not two years later, they are in disarray and despair. They grossly misread their electoral mandate and overreached. Their crusade to "transform America," as candidate Obama termed it, into a paradise-on-Earth of democratic socialism and world government has failed. You represent millions of Americans — including many who voted for Democrats in 2008 — who recognize this.

Now the task is, first, to block any further

damage from leftists who have been in power for the past two years; and, second, to reverse and repeal policies and programs they've set in motion. Victory is at hand. It's essential that we don't let it slip away.

Democrats and media liberals have denigrated your movement from the beginning. Initially, they dismissed you as irrelevant and inconsequential. They've ridiculed you and denied your grassroots spontaneity and legitimacy. They've branded you an "Astroturf" movement, as if you've been recruited by secret manipulators. (Ironically, this is a tactic their side employs, such as ACORN paying people to show up at staged, public demonstrations.) As the size and impact of your movement has become undeniable, the left has shifted tactics. Now they're misrepresenting, defaming and demonizing you.

They're also instigating what they hope will be a civil war within the conservative ranks between Tea Partiers and the Republican "establishment" in order to divide and conquer. Don't fall into this trap. Although many Tea Partiers are registered Republicans, the movement itself is independent and not synonymous with the GOP. Nonetheless, the agendas of the two groups are overwhelmingly consistent, and the GOP will necessarily be the electoral vehicle in 2010 for the achievement of Tea Party goals. The overriding imperative that trumps any differences among those on the right is to defeat Democrats and regain legislative majorities locally and nationally.

Understandably, the Tea Partiers have been



We focus on automating Marriott® Hotels' global invoice process. So they don't have to.

Learn more at RealBusiness.com

Ready For Real Business    xerox

Print Powered By FormatDynamics™

# denverpost.com
### THE DENVER POST

disappointed with GOP backsliding in recent years from the conservatism of Ronald Reagan. This has bred frustration and anger. Many traditional Republicans feel the same way. Electoral defeats in 2006 and 2008 have been a wake-up call. That, combined with Tea Party influence and the anti-Obama counter-revolution, has produced a conservative resurgence within the GOP. Liberal Republicans like Arlen Specter have been driven out of the party or defeated by conservatives in some primary races. Yes, some soft Republicans remain but not all states and congressional districts are receptive to conservatives. Recall that in 2006 and 2008, liberal Democrats were overjoyed to see their party's victorious, conservative "blue dogs" help them achieve a majority in Congress, a majority that couldn't have been won had they run liberals in those races.

The Tea Party movement isn't monolithic. It's made up of millions of different people united by various shades of a conservative vision. It includes political veterans tempered by experience and newcomers overflowing with idealistic enthusiasm. There's no shortage of principle and passion among Tea Partyers. But I urge some in your ranks to holster your pitchforks. Don't discard your principles or extinguish your passion, just channel it. America is a right-center nation, not an ultra-conservative one. Radical leftists like the MoveOn.org, Daily Kos, Huffington Post crowd pushed the Democratic Party to extremes that have led to its downfall. Let's not make that mistake on the right.

Remember the sage political advice of Joseph P. Kennedy, to his sons, Jack, Bobby and Teddy: "Don't get mad, get even." Conservatives will get even by winning this election.

*Mike Rosen's radio show airs weekdays from 9 a. m. to noon on 850-KOA.*



# Own a new computer for just $29.99* per week!

### And improve your credit score at the same time!

## Give us a call today!
# 1-877-294-3988

*Prices start at $29.99 but may vary by model.

Print Powered By ▦ FormatDynamics™

# EXHIBIT 2

# EXHIBIT 2

**Lowcountry912's Blog**
*Conservatives who want to get involved*

## Public Hearing on Immigration Oct. 7

Posted on September 26, 2010 by LowCountry 9/12

        Rate This

Senate Judiciary Public Hearing on Immigration

Thurs, Oct. 7, 6:00 p.m.
North Charleston Council Chambers, North Charleston City Hall, Third Floor, 2500 City Hall Lane

                Agenda Available

Posted in ACTION ITEMS, Illegal Immigration | Leave a comment

## A letter to the Tea Partyers from national columnist

Posted on September 23, 2010 by LowCountry 9/12

       1 Vote

(opinion)

# Rosen: A letter to the Tea Partyers

**By Mike Rosen**
(Columnist, Denver Post)
Posted: 09/23/2010
Dear Tea Partyers,

While I'm not a card-carrying member of your movement, I enthusiastically support and applaud it. My activism in the war of ideas takes the form of a radio show and a newspaper column. Yours, at the grassroots level, has been invaluable this election year.

After their victory in November 2008, Obamanistas and Democrats imagined they might rule for a thousand years. Not two years later, they are in disarray and despair. They grossly misread their electoral mandate and overreached. Their crusade to "transform America," as candidate Obama termed it, into a paradise-on-Earth of democratic socialism and world government has failed. You represent millions of Americans — including many who voted for Democrats in 2008 — who recognize this.

Now the task is, first, to block any further damage from leftists who have been in power for the past two years; and, second, to reverse and repeal policies and programs they've set in motion. Victory is at hand. It's essential that we don't let it slip away.

Democrats and media liberals have denigrated your movement from the beginning. Initially, they dismissed you as irrelevant and inconsequential. They've ridiculed you and denied your grassroots spontaneity and legitimacy. They've branded you an "Astroturf" movement, as if you've been recruited by secret manipulators. (Ironically, this is a tactic their side employs, such as ACORN paying people to show up at staged, public demonstrations.) As the size and impact of your movement has become undeniable, the left has shifted tactics. Now they're misrepresenting, defaming and demonizing you.

They're also instigating what they hope will be a civil war within the conservative ranks between Tea Partyers and the Republican "establishment" in order to divide and conquer. Don't fall into this trap. Although many Tea Partyers are registered Republicans, the movement itself is independent and not synonymous with the GOP.

Nonetheless, the agendas of the two groups are overwhelmingly consistent, and the GOP will necessarily be the electoral vehicle in 2010 for the achievement of Tea Party goals. The overriding imperative that trumps any differences among those on the right is to defeat Democrats and regain legislative majorities locally and nationally.

Understandably, the Tea Partyers have been disappointed with GOP backsliding in recent years from the conservatism of Ronald Reagan. This has bred frustration and anger. Many traditional Republicans feel the same way. Electoral defeats in 2006 and 2008 have been a wake-up call. That, combined with Tea Party influence and the anti-Obama counter-revolution, has produced a conservative resurgence within the GOP. Liberal Republicans like Arlen Specter have been driven out of the party or defeated by conservatives in some primary races. Yes, some soft Republicans remain but not all states and congressional districts are receptive to conservatives. Recall that in 2006 and 2008, liberal Democrats were overjoyed to see their party's victorious, conservative "blue dogs" help them achieve a majority in Congress, a majority that couldn't have been won had they run liberals in those races.

The Tea Party movement isn't monolithic. It's made up of millions of different people united by various shades of a conservative vision. It includes political veterans tempered by experience and newcomers overflowing with idealistic enthusiasm. There's no shortage of principle and passion among Tea Partyers. But I urge some in your ranks to holster your pitchforks. Don't discard your principles or extinguish your passion, just channel it. America is a right-center nation, not an ultra-conservative one. Radical leftists like the MoveOn.org, Daily Kos, Huffington Post crowd pushed the Democratic Party to extremes that have led to its downfall. Let's not make that mistake on the right.

Remember the sage political advice of Joseph P. Kennedy, to his sons, Jack, Bobby and Teddy: "Don't get mad, get even." Conservatives will get even by winning this election.

*Mike Rosen's radio show airs weekdays from 9 a.m. to noon on 850-KOA.*

Read more: Rosen: A letter to the Tea Partyers – The Denver Post http://www.denverpost.com/opinion /ci_16147229#ixzz10NYc7ACn

Posted in 9.12 INFORMATION, COLUMNS & ARTICLES | Leave a comment

## Voter registration project a success

Posted on September 23, 2010 by LowCountry 9/12

       1 Vote

The LowCountry 9/12ers have been busy registering voters every Saturday at the Summerville Farmers Market. Coordinators Bonnie and Bob Meriam have done a great job, and we reached many new voters as well as people who moved within the state.  Kendra from the Sign Station contributed a great sign pointing  people to the table.

We also went to CSU on 9/23 from 11 to 2.  Thanks to Barbara and Bill Bates for making the arrangements; the Reuers and Carol Emery for helping.

Posted in 9.12 INFORMATION, ACTION ITEMS, ELECTIONS & CANDIDATES | 1 Comment

## Let's oppose the DREAM ACT!!!

Posted on September 22, 2010 by LowCountry 9/12

       1 Vote

Subject: These Senators want re-election while voting amnesty today?



From:  Roy Beck, President, NumbersUSA

Date:  Tuesday 21SEP2010    7 a.m. EDT

**DREAM ACT AMNESTY VOTING STARTS TODAY**

**Could Go Either Way — Pro-Amnesty Forces Say They Will Win**

**Because They Will Outphone Us For The First Time**

**Please Phone 12 Senators Running For Re-Election**

The first vote is set for 2:15 this afternoon.

**Pro-amnesty zealots are predicting that a massive, last-minute phone bank effort by the website DailyKos and the SEIU unions will bury our anti-amnesty voices today.** (See the boasts lower in this email.)

They claim that they have processed more than 60,000 pro-amnesty phone calls to Congress through their phone banks!

We need your phone calls, urging opposition to any amnesty for illegal aliens during this time of incredible unemployment. (See the targets I'm giving you below.)

NumbersUSA had grassroots activists in the Capitol yesterday visiting nearly every Senate office. In many offices, staffers said your phone calls are matching the pro-amnesty calls 50-50. But many more said we are losing 40-60 and by even more.

Friends, always in the past, Senators have faced an amnesty vote knowing that phone calls were running 80-20 and even 99-1 in our favor. It is part of the reason we have beaten every amnesty since 2000.

Please don't let yourself or your country down by failing to make a critical phone call today (and hopefully several of them).

CONGRESSIONAL SWITCHBOARD — 202-224-3121

It appears that the vote today will be very close. If the Senate Ledership succeeds in its first vote today, we seem likely to have a second vote on Wednesday. Senators are being lobbied furiously by the pro-amnesty forces. They and their staffs need to hear from you.

ACTION: Phone Senators who are asking voters in November to return them to Congress for another six years.

SEE THE LIST OF SENATORS BELOW.

We are asking our members in 16 other states to focus their phone calls on key swing-vote Senators in their region.

I am asking you, though, to concentrate on these Senators below who are up for re-election. Amazingly, most feel so confident (or arrogant) that they are willing to label themselves as sure votes for an amnesty.

I am listing Senators running for re-election who are either currently planning to vote FOR the DREAM Act amnesty or who are not at all reliable NO votes.

While many of these Senators may feel like a lost cause, we need them to feel the level of outrage at their lack of concern for unemployed Americans. If you can cause them to see how their pro-amnesty stance hurts their posturing as somebody trying to put the jobless back to work, they may work behind the scenes to press Senate Leadership to pull the amnesty before they have to vote.

**When you phone, stress that:**

- DREAM amnesty has zero enforcement. Illegal-alien teenagers are in their current predicament because their parents were allowed to illegally take jobs and then hold them. The DREAM amnesty would allow millions more parents to do the same in the future.
- Millions more illegal aliens will be enticed to come and take U.S. jobs once they see the way previous illegal aliens are rewarded by the DREAM amnesty.
- This new flow of illegal workers will further the suffering of 22 million unemployed Americans who want a job but can't find one.

- A vote for DREAM amnesty is a vote in favor of bringing in more illegal foreign workers and keeping millions of Americans jobless.
- Tell them that their amnesty stance is a strange one for a candidate asking voters to believe that he/she is representing the best interests of the state!

## HERE ARE THE INCUMBENTS RUNNING FOR RE-ELECTION
## AND WHO ARE CURRENTLY CONSIDERED LIKELY PRO-AMNESTY VOTES

(D-Ark.) Sen. Lincoln
D.C. Phone 202-224-4843
Local Phone 501-375-2993
(Person Challenging the Senator in Election: U.S. Rep. Boozeman)

(D-Calif.) Sen. Boxer
D.C. Phone 202-224-3553
Local Phone 213-894-5000
(Person Challenging the Senator in Election: Businesswoman Carly Fiorina)

(D-Colo.) Sen. Bennet
D.C. Phone 202-224-5852
Local Phone 303-455-7600
(Person Challenging the Senator in Election: Weld Co. District Atty. Ken Buck)

(D-Hawaii) Sen. Inouye
D.C. Phone 202-224-3934
Local Phone 808-541-2542
(Person Challenging the Senator in Election: Former State Rep. Campbell Cavasso)

(D-Maryland) Sen. Mikulski
D.C. Phone 202-224-4654
Local Phone 410-962-4510
(Person Challenging the Senator in Election: Queen Anne's Co. Commissioner Eric Wargotz)

(D-Nev.) Sen. Reid
D.C. Phone 202-224-3542
Local Phone 702-388-5020
(Person Challenging the Senator in Election: Former Assemblywoman Sharron Angle)

(D-N.Y.) Sen. Gillibrand
D.C. Phone 202-224-4451
Local Phone 212-688-6262
(Person Challenging the Senator in Election: Former Congressman Joseph DioGuardi)

(D-N.Y.) Sen. Schumer

D.C. Phone 202-224-6542

Local Phone 212-486-4430

(Person Challenging the Senator in Election: Business Professional Jay Townsend)

(D-Oregon) Sen. Wyden

D.C. Phone 202-224-5244

Local Phone 503-326-7525

(Person Challenging the Senator in Election: Law Professor Jim Huffman)

(D-Vermont) Sen. Leahy

D.C. Phone 202-224-4242

Local Phone 802-863-2525

(Person Challenging the Senator in Election: Businessman Len Britton)

(D-Wash.) Sen. Murray

D.C. Phone 202-224-2621

Local Phone 206-553-5545

(Person Challenging the Senator in Election: Former State Senator Dino Rossi)

(D-Wis.) Sen. Feingold

D.C. Phone 202-224-5323

Local Phone 414-276-7282

(Person Challenging the Senator in Election: Former State Senator Dino Rossi)

All the Republicans running for re-election appear to be strongly OPPOSED to the DREAM amnesty.

**PRO-AMNESTY BLOG BOASTS ABOUT OVERWHELMING US
IN THE PHONE ACTIVISM EFFORT**

On the immigration law website called ILW.com today, we found this troubling boast:

**Democratic activists across the country are banding together for the largest phone call
campaign in pro-immigration history.**

**DailyKos, one of the most important progressive websites has joined forces with the Service
Employees International Union, the most pro-immigration among the major unions, to
phone bank the Senate switchboard into a jammed state.**

**We believe this will be the first time ever that the pro-immigration calls will out-number the
anti-immigrationists. We congratulate both DailyKos and SEIU on this outstanding initiative
and we urge our readers to participate, see here for how.**

**In the past, those Senators who wanted to weasel out of supporting immigration benefits
legislation have pointed to the lop-sided numbers in phone calls for and against. The**

numbers often cited by such nervous Senators were 1-to-40, 1-to-70, and even 1-to-100 against the pro-side.

For the first time, these nervous nellies will have the kind of numbers they have demanded from pro-immigration advocates; the better phone ratios will provide political cover for YES votes on DREAM.

With grassroots pro-immigration supporters lighting up the phone-lines across the country, the spotlight is now on the Democratic leadership, especially President Obama and Majority Leader Reid to ensure that there are no Democratic defections on DREAM.

– From the ILW.com pro-amnesty website

Click here to read my new blog that I put up last night about the DREAM Act amnesty. It describes how this not only isn't an "enforcement-first amnesty" but is an "enforcement-never amnesty." If you need more talking points for your phone call, you'll find them in the blog.

IF YOU HAVE NEVER PHONED A SENATE OFFICE BEFORE, let me assure you that it can be very easy.

1. Just call and say hello to the staffer who answers.

2. Say you are calling in opposition to including the DREAM Act amnesty in the Defense bill.

3. You can give maybe one reason why you think DREAM is a bad idea.

4. Thank the staffer for listening and say good-bye.

Friends, it is most important that you get these Senators' staffers thinking about DREAM in terms of jobs and unemployed Americans.

The pro-amnesty forces want the Senators to feel that they aren't compassionate if they don't support the amnesty. But you want the staffers to think about compassion for the millions of Americans who are unemployed because illegal aliens are allowed to hold jobs.

PLEASE DON'T DELAY. MAKE YOUR PHONE CALLS NOW.

THANKS,



Posted in ACTION ITEMS, CONGRESS & OUR LEGISLATORS, Illegal Immigration, THE ADMINISTRATION | Leave a comment

## Candidate Rally in Myrtle Beach on 10/7

Posted on September 22, 2010 by LowCountry 9/12

       1 Vote

The **Myrtle Beach Tea Party** is sponsoring a rally at Socastee High School Auditorium, 4900 Socastee Blvd.(Hwy 707), Myrtle Beach on **Thursday, October 7, from 7pm to 9pm.**

Hear firsthand where the candidates stand on the critical issues such as **taxation, health care, government spending, and the US Constitution.**

**CANDIDATE SPEAKERS:** Karen Floyd – Tim Scott - Curtis Loftis – Richard Eckstrom – Thad Vires – Joe DeFoe – Keith Blandford – Karen McIlarth – Larry Grooms – Alan Clemmons – Ray Cleary – Jim Pratt.  Video presentations from Senator Jim DeMint and Nikki Haley. Bill Conner will be the emcee.

**SPECIAL GUEST SPEAKTERS:** Larry Kobrovsky – Katheirene Jennerette – Clark Parker – Kelly Payne.

Seating capacity is 800 and will be on a first come, first serve basis.

### NO CAMPAIGN AND RALLY SIGNS OUTSIDE THE SCHOOL

Posted in 9.12 INFORMATION, ACTION ITEMS, ELECTIONS & CANDIDATES, MEETINGS, RALLIES & EVENTS | 1 Comment

## Agenda July 2010

Posted on September 20, 2010 by LowCountry 9/12

       Rate This

Welcome- Bob Becker

Prayer- Charles Luettgen

Pledge of Allegiance- Jeff Reuer

Values and Principles- Bryant Eiser and Savannah Bertoluzzi

Principle #1: America Is Good- Bob Peeples

Brief Address- Francisco, introduction by Linda Ensor

Minutes from June 24 meeting- copies on table

Treasury Report- Linda Ensor

## Reports of Committees

Berkeley County Council- Jeff and June Reuer

Dorchester County Council- Dana Eiser-Bertoluzzi

Dorchester District 2 School Board- Linda Ensor

## Unfinished Business

Presentation of By-Laws- Charles Luettgen

Discussion/Vote on By-Laws

## New Business

Lending Library- Carol and Doug Emery

Teen 9-12- Dana Eiser-Bertoluzzi

Voter Registration- Bonnie Meriam

"Don't Tread on Me" DVD- Jeff and June Reuer

Nominating Committee- Marty Thomas

## Announcements/Comments

Jim Pratt, envelopes available

Next Meeting- Thursday, August 19 – BP exec.

Aug. 7, 10:30 – Nicaraugan immigrant at the library

## Closing Remarks- Bob Meriam

Joanne Jones at 718-877-0143 for buses to August 28 Glenn Beck Rally

Posted in 9.12 INFORMATION, LC 912 MEETING REPORTS | Leave a comment

## Agenda Sept 2010

Posted on September 20, 2010 by LowCountry 9/12

Rate This

**Pre-meeting videos-** "In Memorium" and "8/28 Rally Highlights" – Dana Eiser-Bertoluzzi

Welcome- Marty Thomas

Prayer

Pledge of Allegiance- Bob Becker

Values and Principles- Principle #3- Marty Thomas

Minutes from August Meeting- copies on table

Treasury Report- Bob Meriam

**Speaker- Sen. Glenn McConnell**

**Unfinished Business**

By-Laws- Charles Luettgen

Voter Registration- Bonnie Merriam

Nominating Committee- Marty Thomas

New Business

Christmas Parade

**Announcements/Comments**

8/28 Restoring Honor Rally- Dana Eiser-Bertoluzzi

Cordoba Mosque Rally – Kendra Linkowski

Blue Star Mothers Christmas Stockings- Kendra Linkowski

Shooting lessons- Bob Becker

Announcement of speaker for October 21 meeting, Wendy Keefer- Linda Ensor

**Closing Remarks- Marty**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

www.lowcountry912.wordpress.com/

http://www.facebook.com/pages/manage/#!/LowCountry-912-Project/128572023841731

http://www.meetup.com/LowCountry-9-12-Project/

Charleston Tea Party Rock Concert and Voter Registration Drive- Sep. 26, 2:00 P.M., Wannamaker Park-
http://charlestonteaparty.org

John Morlan Lecture Series- September 23, October 7 and 28, Sweetwater Grille

Posted in 9.12 INFORMATION, LC 912 MEETING REPORTS, Uncategorized | Leave a comment

## 9/12ers register new voters at Farmers Market

Posted on September 19, 2010 by LowCountry 9/12

Rate This

The LowCountry 9/12, under the direction of Bonnie Meriam, has been registering voters every Saturday in
September at the Summerville Farmers Market.  Because the area has a large number of people moving here
from "away," there has been a good response.

We have also been able to help some who changed their voter registration when they got South Carolina driver's
licenses, but hadn't received their new card with a polling place yet.

"It's been a good program," Bonnie said.  About 10 volunteers have helped with registration.

Posted in 9.12 INFORMATION, ACTION ITEMS | Leave a comment

## Photos from September meeting

Posted on September 19, 2010 by LowCountry 9/12

1 Vote



Sen. McConnell and long-time acquaintance Dr. Art after the meeting. People had lots of questions and comments at the end of the meeting, which the Senator graciously stayed and answered.



It was the experience of a lifetime! said Dana of her trip on 8/28 to the Glenn Beck Rally.



The fundraising team (Bob and Bonnie) listen to the proposed by-laws, which passed that night.

Posted in 9.12 INFORMATION, LC 912 MEETING REPORTS, MEETINGS, RALLIES & EVENTS, Uncategorized | Leave a comment

## Gingrich on why the mosque is wrong

Posted on September 18, 2010 by LowCountry 9/12

Rate This

Newt Gingrich

July 21, 2010

There should be no mosque near Ground Zero in New York so long as there are no churches or synagogues in Saudi Arabia. The time for double standards that allow Islamists to behave aggressively toward us while they demand our weakness and submission is over.

The proposed "Cordoba House" overlooking the World Trade Center site – where a group of jihadists killed over 3000 Americans and destroyed one of our most famous landmarks – is a test of the timidity, passivity and

historic ignorance of American elites. For example, most of them don't understand that "Cordoba House" is a deliberately insulting term. It refers to Cordoba, Spain – the capital of Muslim conquerors who symbolized their victory over the Christian Spaniards by transforming a church there into the world's third-largest mosque complex.

Today, some of the Mosque's backers insist this term is being used to "symbolize interfaith cooperation" when, in fact, every Islamist in the world recognizes Cordoba as a symbol of Islamic conquest. It is a sign of their contempt for Americans and their confidence in our historic ignorance that they would deliberately insult us this way. Those Islamists and their apologists who argue for "religious toleration" are arrogantly dishonest. They ignore the fact that more than 100 mosques already exist in New York City. Meanwhile, there are no churches or synagogues in all of Saudi Arabia. In fact no Christian or Jew can even enter Mecca. And they lecture us about tolerance.

If the people behind the Cordoba House were serious about religious toleration, they would be imploring the Saudis, as fellow Muslims, to immediately open up Mecca to all and immediately announce their intention to allow non-Muslim houses of worship in the Kingdom. They should be asked by the news media if they would be willing to lead such a campaign.

We have not been able to rebuild the World Trade Center in nine years. Now we are being told a 13 story, $100 million mega-mosque will be built within a year overlooking the site of the most devastating surprise attack in American history.

Finally where is the money coming from? The people behind the Cordoba House refuse to reveal all their funding sources. America is experiencing an Islamist cultural-political offensive designed to undermine and destroy our civilization. Sadly, too many of our elites are the willing apologists for those who would destroy them if they could.

No mosque.
No self deception.
No surrender.
The time to take a stand is now – at this site on this issue.

Posted in COLUMNS & ARTICLES, ISLAM, Mosque at Ground Zero | Leave a comment

**Lowcountry912's Blog**
*Blog at WordPress.com.*

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | A letter to the Tea Partyers |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | September 23, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Media News Group, Inc. | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Righthaven LLC |
| | 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Righthaven LLC | | |
| **Name:** | Chief Executive Officer | | |
| **Email:** | sgibson@righthaven.com | **Telephone:** | 702-527-5900 |
| **Address:** | 9960 West Cheyenne Avenue | | |
| | Suite 210 | | |
| | Las Vegas, NV  89129-7701  United States | | |

## Certification

**Name:**  Steven A. Gibson
**Date:**  November 19, 2010
**Applicant's Tracking Number:**  MN000113

**Registration #:**

**Service Request #:**  1-522022774

**Application Date:**  11-19-2010 15:20:21

## Correspondent ———————————————————————————

**Organization Name:**  Righthaven LLC

**Name:**  Steven A. Gibson

**Address:**  9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate ———————————————————————————

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States