UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Dana Eiser,<br><br>　　　　　　　Defendant. | Civil Action No. 2:10-CV-3075-RMG<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS, OR ALTERNATIVELY STRIKE, DEFENDANT'S COUNTERCLAIMS** |

　　　　The Defendant Dana Eiser hereby submits this Response to Plaintiff Righthaven LLC's Motion to Dismiss, or Alternatively Strike, Defendant's Counterclaims. The Plaintiff has informed the Defendant that the Plaintiff intends to submit a motion seeking the approval of this Court to file an Amended Complaint, to which the Defendant has no objection. In reliance on this representation, the Defendant submits this in lieu of a traditional response. As the Defendant will be filing a new Answer and Counterclaims in response to this Amended Complaint, the need for a response to the present Motion is obviated.

| | |
|---|---|
| s/J. Todd Kincannon | s/Bill Connor |
| J. TODD KINCANNON, ID #10057 | BILL CONNOR, ID #9783 |
| THE KINCANNON FIRM | HORGER AND CONNOR LLC |
| 1329 Richland Street | 160 Centre Street |
| Columbia, South Carolina 29201 | Orangeburg, South Carolina 29115 |
| Office: 877.992.6878 | Office: 803.531.1700 |
| Fax:    888.704.2010 | Fax:    803.531.0160 |
| Email: Todd@TheKincannonFirm.com | Email: bconnor@horgerlaw.com |
| | |
| s/Jared Q. Libet | s/Thad T. Viers |
| JARED Q. LIBET, ID #9882 | THAD T. VIERS, ID #10509 |
| THE KINCANNON FIRM | COASTAL LAW LLC |
| 1329 Richland Street | 1104 Oak Street |
| Columbia, South Carolina 29201 | Myrtle Beach, South Carolina 29578 |
| Office: 877.992.6878 | Office: 843.488.5000 |
| Fax:    888.704.2010 | Fax:    843.488.3701 |
| Email: Jared@TheKincannonFirm.com | Email: tviers@coastal-law.com |
| | |
| March 28, 2011 | Attorneys for Defendant |