IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC | ) C/A No. 2:10-CV-3075-RMG-JDA |
| | ) |
| v. | ) RULE 26(F) REPORT |
| | ) |
| Dana Eiser | ) |
| | ) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

✓   We agree that the schedule set forth in the Conference and Scheduling Order issued **3/25/11** <u>is appropriate for this case</u>. The information required by Local Civil Rule 26.03 is attached.

_____   We agree that the schedule set forth in the Conference and Scheduling Order issued **3/25/11** <u>requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required</u> (use format of the Court's standard scheduling order). The information required by Local Civil Rule 26.03 is attached.

_____   We are unable, after consultation, to agree on a schedule for this case. Therefore, <u>we request a scheduling conference with the Court</u>.  The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

| Plaintiff(s) | Defendant(s) |
|---|---|
| s/Edward T. Fenno | s/J. Todd Kincannon |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
| | |
| Edward T. Fenno - Plaintiff/Counter-Defendant | J. Todd Kincannon – Defendant/Counter-Plaintiff |
| Printed Name of Plaintiff's Counsel and Party Represented | Printed Name of Defendant's Counsel and Party Represented |
| | |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
| | |
| Printed Name of Plaintiff's Counsel and Party Represented | Printed Name of Defendant's Counsel and Party Represented |
| | |
| Dated: April 29, 2011 | Dated: April 29, 2011 |