UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC, | C/A No. 2:10-CV-3075-RMG-JDA |
| Plaintiff, | |
| v. | **MOTION REGARDING CONSOLIDATION** |
| Dana Eiser, | |
| Defendant. | |

The Defendant Dana Eiser hereby moves pursuant to Rule 42(a)(2), Fed.R.Civ.P., for an order permitting Defendant to consolidate this action with an action to be filed involving common questions of law or fact.

The Defendant has now filed her Second Amended Answer and Counterclaims. Within that pleading, allegations are made against various Righthaven associates in addition to Righthaven. The Defendant's position is that Righthaven is liable for those acts on several shared-liability theories, including respondeat superior, co-conspirator liability, joint venture liability, veil piercing, and other theories of vicarious liability.

The Defendant and the Lowcountry 9/12 Group intend to file an action in this Court against those individuals and entities based on the same facts and theories of recovery asserted by Defendant in her Second Amended Answer and Counterclaims against Plaintiff.

The Defendant requests an Order consolidating such action with this case. The reason for seeking leave of the Court prior to the filing of the other action is that, under the amended scheduling order, today appears to be the deadline for seeking joinder of other parties. The Defendant in no way wishes to violate the scheduling order, and since

consolidation of two actions is in the nature of joinder, the Defendant respectfully advises the Court before the other action has been filed.

The Defendant expects to file the action tomorrow, June 24, 2011. The action will involve Dana Eiser and the Lowcountry 9/12 Group as Plaintiffs. The Defendants will be the nonparty individuals and entities listed in the Parties, Venue, and Jurisdiction section of the just-filed Second Amended Answer and Counterclaim. The claims for relief will be practically identical to those asserted by Eiser against Righthaven in this action. Consultation with opposing counsel could not be timely held.

Respectfully submitted,

| s/J. Todd Kincannon | s/Bill Connor |
|---|---|
| J. TODD KINCANNON, ID #10057 | BILL CONNOR, ID #9783 |
| THE KINCANNON FIRM | HORGER AND CONNOR LLC |
| 1329 Richland Street | 160 Centre Street |
| Columbia, South Carolina 29201 | Orangeburg, South Carolina 29115 |
| Office: 877.992.6878 | Office: 803.531.1700 |
| Fax:    888.704.2010 | Fax:    803.531.0160 |
| Email: Todd@TheKincannonFirm.com | Email: bconnor@horgerlaw.com |

  s/Thad T. Viers
THAD T. VIERS, ID #10509
COASTAL LAW LLC
1104 Oak Street
Myrtle Beach, South Carolina 29578
Office: 843.488.5000
Fax:    843.488.3701
Email: tviers@coastal-law.com

June 23, 2011                                              Attorneys for Defendant