UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC, | C/A No. 2:10-CV-3075-RMG-JDA |
| Plaintiff, | |
| v. | **WAIVER AS TO ANNE PIERONI** |
| Dana Eiser, | |
| Defendant. | |

The Defendant Dana Eiser hereby files this waiver as to Anne Pieroni, former employee of Righthaven, as follows:

1. In Eiser's Second Amended Answer and Counterclaim, Ms. Pieroni is mentioned as a potential defendant in this action or related actions.

2. Plaintiff and Ms. Pieroni have now amicably resolved all matters between them.

3. Accordingly, Plaintiff Eiser waives any and all claims against Ms. Pieroni associated with her employment with Righthaven whether asserted in this action or any other.

4. Additionally, Plaintiff has investigated the matter and believes Ms. Pieroni was not involved in any of the alleged wrongdoing at Righthaven.

Respectfully submitted,

| | |
|---|---|
| s/J. Todd Kincannon | s/Bill Connor |
| J. TODD KINCANNON, ID #10057 | BILL CONNOR, ID #9783 |
| THE KINCANNON FIRM | HORGER AND CONNOR LLC |
| 1329 Richland Street | 160 Centre Street |
| Columbia, South Carolina 29201 | Orangeburg, South Carolina 29115 |
| Office: 877.992.6878 | Office: 803.531.1700 |
| Fax:    888.704.2010 | Fax:    803.531.0160 |
| Email: Todd@TheKincannonFirm.com | Email: bconnor@horgerlaw.com |

s/Thad T. Viers
THAD T. VIERS, ID #10509
COASTAL LAW LLC
1104 Oak Street
Myrtle Beach, South Carolina 29578
Office: 843.488.5000
Fax:    843.488.3701
Email: tviers@coastal-law.com

July 2, 2011                                  Attorneys for Defendant