UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>Dana Eiser,<br><br>       Defendant. | Civil Action No. 2:10-CV-3075-RMG-JDA<br><br>**SUPPLEMENTAL EXHIBIT TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

  Defendant advised in her Rule 12(b)(1) Motion to Dismiss that production of the Righthaven-MediaNews Group agreement was imminent in another action. Dkt. #60 at 7 n.3. It has now been produced and is respectfully submitted as a supplemental exhibit to the Motion to Dismiss. Defendant offers no analysis consonant with the Court's text order of July 7, 2011, Dkt. #59. As Plaintiff will no doubt analyze the agreement in response to the Motion to Dismiss, Defendant reserves analysis for reply, unless the Court directs otherwise. Respectfully submitted,

  s/J. Todd Kincannon          s/Bill Connor
J. TODD KINCANNON, ID #10057    BILL CONNOR, ID #9783
THE KINCANNON FIRM         HORGER AND CONNOR LLC
1329 Richland Street          160 Centre Street
Columbia, South Carolina 29201     Orangeburg, South Carolina 29115
Office: 877.992.6878         Office: 803.531.1700
Fax: 888.704.2010         Fax: 803.531.0160
Email: Todd@TheKincannonFirm.com  Email: bconnor@horgerlaw.com

  s/Thad T. Viers
THAD T. VIERS, ID #10509
COASTAL LAW LLC
1104 Oak Street
Myrtle Beach, South Carolina 29578
Office: 843.488.5000
Fax: 843.488.3701
Email: tviers@coastal-law.com

July 8, 2011             Attorneys for Defendant