UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Righthaven LLC, | Civil Action No. 2:10-CV-3075-RMG-JDA |
| Plaintiff, | |
| v. | **MOTION TO BE RELIEVED AS COUNSEL** |
| Dana Eiser, | |
| Defendant. | |

The Defendant moves for her attorney, Bill Connor, to be relieved as counsel for Defendant. Mr. Connor's military service has limited his ability to continue as counsel in this matter. The Defendant will not be prejudiced as her remaining counsel can adequately represent her interests in this matter.

Respectfully submitted,

| | |
|---|---|
| s/J. Todd Kincannon | s/Thad T. Viers |
| J. TODD KINCANNON, ID #10057 | THAD T. VIERS, ID #10509 |
| THE KINCANNON FIRM | COASTAL LAW LLC |
| 1329 Richland Street | 1104 Oak Street |
| Columbia, South Carolina 29201 | Myrtle Beach, South Carolina 29578 |
| Office: 877.992.6878 | Office: 843.488.5000 |
| Fax:   888.704.2010 | Fax:   843.488.3701 |
| Email: Todd@TheKincannonFirm.com | Email: tviers@coastal-law.com |
| | |
| December 15, 2011 | Attorneys for Defendant |